Rachel Abrams, SBN 209316
rabrams@levinsimes.com
LEVIN SIMES LLP
44 Montgomery Street, 32nd Floor
San Francisco, California 94014
Telephone: 415.426.3000
Facsimile: 415.426.3001

Attorneys for Plaintiffs

Amir Nassihi, SBN 235936
anassihi@shb.com
Ina D. Chang, SBN 240784
ichang@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California  94104-4505
Telephone:    415-544-1900
Facsimile:    415-391-0281

Attorneys for Defendant
GlaxoSmithKline LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHERINE TOPE, next friend of her daughter, M.J.T., a minor,<br><br>             Plaintiff,<br><br>     v.<br><br>GLAXOSMITHKLINE LLC d/b/a GLAXOSMITHKLINE; MCKESSON CORPORATION, and DOES 1 through 50, inclusive,<br><br>             Defendants. | Case No. 3:15-cv-03846-EMC<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Pursuant to Local Rule 6-1(a) of the Northern District of California, IT IS HEREBY STIPULATED by and between the parties to the above-captioned action that the deadline for

0
STIPULATION TO EXTEND TIME  TO FILE RESPONSE TO COMPLAINT
CASE NO. 3:15-CV-3846-EMC

319900 V1

Defendant GlaxoSmithKline LLC to respond to Plaintiffs' Complaint is extended from September 15, 2015 to September 23, 2015.

IT IS HEREBY STIPULATED.

Dated: September 3, 2015                               Respectfully submitted,

                                                               LEVIN SIMES LLP

                                                                By:*/s/ Rachel Abrams*
                                                                     RACHEL ABRAMS

                                                               Attorneys for Plaintiffs


Dated: September 3, 2015                               Respectfully submitted,

                                                               SHOOK HARDY & BACON L.L.P.

                                                               By:*/s/ Amir Nassihi*
                                                                    AMIR NASSIHI

                                                               Attorneys for Defendant
                                                               GLAXOSMITHKLINE LLC

Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document has been obtained from the other signatories.

                                                           By:   */s/ Amir Nassihi*
                                                                     Amir Nassihi

IT IS SO ORDERED.

_____
Edward M. Chen
U.S. District

**IT IS SO ORDERED**
Judge Edward M. Chen
*(United States District Court, Northern District of California — seal)*