**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

An Administrative Motion to Consider Whether Cases Should Be Related has been filed, requesting a determination as to whether the following cases are related within the meaning of Civil L.R. 3-12(a):

**C 15-3722 MMC**     McKeown v. GlaxoSmithKline LLC, et al.
**C 15-3846 EMC**     Tope v. GlaxoSmithKline, et al.

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ X ]  **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[   ]  **ARE RELATED** as defined by Civil L.R. 3-12(a).

**DATED**:  October 1, 2015

_____
MAXINE M. CHESNEY
United States District Judge